# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Henry, Robert H | 2. Court or Organization U.S. Court of Appeals: 10th Ci | 3. Date of Report 5/12/2004 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge, Tenth Circuit | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address U.S. Courthouse 200 N.W. 4th Street, Room 2421 Oklahoma City, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (advisory) | Jasmine Moran Children's Museum |
| 2. | Director | Harlan, Inc. (████corporation) |
| 3. | Director | Oklahoma Foundation for Excellence |
| 4. | Director | VERA Institute for Justice |
| 5. | Director | Oklahoma Medical Research Foundation |
| 6. | Director (Advisory) | University of Oklahoma College of Fine Arts Board of Visitors |
| 7. | Director | Oklahoma Arts Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976-91 | State of Oklahoma Public Employees Retirement System |

RECEIVED Mar 14 12 08 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/5/03 | University of Oklahoma - Teaching | 7333.34 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Dr. Janice L. Ralls, P.C. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | William Hearst Foundation / US Senate Youth Program | 3/2/03 - 3/4/03; Washington DC; Paid for airfare, hotel, food, taxi. Speaker |
| 2. | American College of Trial Lawyers | 3/20/03 - 3/23/03; Boca Raton, FL; Paid for airfare, hotel, food, taxi. Speaker |
| 3. | Oliver Seth Inns of Court | 5/20/03 to 5/21/03; Santa Fe, NM; Paid for mileage. Speaker |
| 4. | VERA - Institute for Justice | 6/24/03 to 6/25/03; New York, NY; Paid for airfare & hotel. Board Meeting |
| 5. | University of Oklahoma | 7/6/03 to 7/31/03; London, England; Paid for airfare, lodging at Oxford, & food. Taught law course |
| 6. | American Bar Association - Arab Judicial Reform | 9/11/03 to 9/23/03; Manama, Bahrain; Paid for airfare, hotel & food. Speaker |
| 7. | VERA - Institute for Justice | 10/22/03 to 10/25/03; Arden, New York; Paid for airfare, hotel & food. Board Retreat |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 8. American Bar Association - American Society of International Law | 10/30/03 to 10/31/03; Washington, DC; Paid for airfare, hotel & food.   Meeting |
| 9. Columbia Law School | 12/4/03 to 12/5/03; New York, NY; Paid for airfare, hotel & food.   Speaker |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MBNA | Credit Card | J |
| 2. | BancFirst | Business - Line of Credit | K |
| 3. | Allegiance Credit Union | Revolving Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Henry, Robert H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Allegiance Credit Union | A | Interest | J | T | | | | | |
| 2. Vanguard 500 Index | A | Dividend | K | T | | | | | |
| 3. TIAACREF | A | Interest | K | T | Partial Sale | 8/19 | J | A | Smith Barney - IRA |
| 4. Smith Barney-IRA-Mutual Fund (see part VIII. explanations) | A | Interest | J | T | | | | | |
| 5. Sun Oil | A | Royalty | J | T | | | | | |
| 6. Vintage Petroluem, Inc. a/k/a Vintage Oil & Gas | A | Royalty | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

II.   AGREEMENTS:
State of Oklahoma Public Employee Retirement System (vested retirement paid into state system during my public service as State Representative and Attorney General of Oklahoma, 1976-1991; may be withdrawn beginning at age 55.)

VII.   INVESTMENTS & TRUSTS

Smith Barney - IRA Mutual Fund - (specifically, the Smith Barney Aggregate Growth Mutal Fund and the Smith Barney Fundamental Value Mutual Fund).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur_____     Date____5/12/04____

NO_____ NY INDIVIDUAL WHO KNO_____ Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE S____JECT TO CIVIL AND CRIMINA_____ NCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544